IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------------------------X
DUCK HEAD FOOTWEAR                    :
P.O. Box 3099                                          :
Lynchburg, Virginia                                :
                                                              :
         Plaintiff,                              :
                                                              :
v.                                                             :
                                                              :
M/V ZIM SAO PAULO, her engines,      :   Civil Action No. CCB 00 CV 0211
boilers, appurtenances, etc. <u>in rem</u>,   :
                                                              :
and                                                         :
                                                              :
DSR SENATOR LINES                         :
c/o DSR - Senator Agency                    :
1629 Thames Street, Suite 303            :
Baltimore, Maryland 21231                 :
                                                              :
and                                                         :
                                                              :
CAPITAL CORPORATION                 :
147-27 175th Street                             :
Jamaica, New York 11434                  :
                                                              :
and                                                         :
                                                              :
MASON AND DIXON LINES, INC.    :
1003 Race Road                                   :
Baltimore, Maryland 21221                 :
                                                              :
        Defendants.                         :
---------------------------------------------------X

**ORDER GRANTING SHAWNCOULSON, L.L.P.**
**LEAVE TO WITHDRAW AS LOCAL COUNSEL OF RECORD FOR**
**DEFENDANT CAPITAL CORPORATION**

    Upon consideration of the Motion for Leave to Withdraw as Local Counsel of Record for

Defendant Capital Corporation, filed by ShawnCoulson, L.L.P., and finding good cause for granting

same, it is, by the Court, this 27' day of June, 2000,

ORDERED:

That the motion be, and it is hereby, GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE