IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DUCK HEAD FOOTWEAR  :
:
:
v.  :  CIVIL NO. CCB-00-211
:
DSR SENATOR LINES, ET AL.  :

...oOo...

## ORDER

Having considered the Motion to Enforce Forum Selection and Law Clause filed by DSR Senator Lines, a defendant in this case, and there being no opposition, it is hereby **ORDERED**, for good cause shown, that:

1. the Motion is **Granted**;

2. the Complaint is **Dismissed** as to DSR Senator Lines **only**; and

3. the Clerk shall mail copies of this Order to counsel of record.

_10/31/00_
Date

_____
Catherine C. Blake
United States District Judge