UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DUCK HEAD FOOTWEAR | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| M/V SIM SAO PAULO, her engines, Boilers, appurtenances, etc., *in rem*, | ) | |
| and | ) | CIVIL ACTION NO. CCB 00 CV 0211 |
| DSR SENATOR LINES, | ) | |
| and | ) | |
| CAPITAL CORPORATION, | ) | |
| and | ) | |
| MASON AND DIXON LINES, INC., | ) | |
| Defendants. | ) | |

ORDER

Having reviewed and considered the motion for substitution of counsel representing Defendant/Cross-Defendant/Cross-Plaintiff Capital Corporation, it is hereby

ORDERED that the motion is granted. The Clerk of the Court is directed to substitute William F. Krebs, Esq. of the law firm of Galland, Kharasch, Greenberg, Fellman & Swirsky, P.C., for William H. Shawn of the law firm of ShawnCoulson as local counsel for Capital Corporation in the this matter. Please withdraw the appearance of Mr. Shawn as local counsel for Capital



Corporation. Copies of further pleadings, motions and orders and communications should be directed to Mr. Krebs.

Entered: this /2 day of December, 2000.

                                                          _____
                                                          U.S. District Judge

Copies to:
James D. Skeen, Esquire
Wright, Constable & Skeen, LLP
One Charles Center - 16th Floor
100 North Charles Street
Baltimore, Maryland 21201

Geoffrey S. Tobias, Esquire
John W. Sippel, Jr., Esquire
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, Maryland 21202

William C. Shayne, Esquire
Thompkins & Davidson, LLP
1515 Broadway
New York, New York 10036

Herbert Alan Dubin, Esquire
Wiesenfeld & Dubin, P.C.
932 Hungerford Drive, Suite 20
Rockville, Maryland 20850

William F. Krebs, Esquire
Galland, Kharasch, Greenberg,
 Fellman & Swirsky, P.C.
1054 31st Street, N.W.
Washington, D.C. 20007