## TOMPKINS & DAVIDSON, LLP
### Counselors At Law

*One Astor Plaza*
*1515 Broadway*
*New York, N.Y. 10036-8901*

*phone - 212 944 6611*
*fax - 212 944 9779*
*e-mail - tdlaw@tdllp.com*

December 19, 2000

**Via Federal Express**

The Honorable Catherine C. Blake
Untied States District Judge
United States District Court
For the District of Maryland
101 West Lombard Street
Baltimore MD 21201

Re: *Duck Head Footwear v. M/V ZIM SAO PAULO, etc., et al.*
     Civil Action No. CCV 00 CV 0211

Dear Judge Blake:

Enclosed please find a confirmation letter to extend the time to respond to the motion for summary judgment that we sent to opposing counsel. Counsel has consented to extend the time to respond until Friday, January 12, 2001.

We thank your honor for her patience and consideration in this matter.

Please call with any questions.

Very truly yours,

TOMPKINS & DAVIDSON, LLP

Jennifer A. Savino, Paralegal

cc: Edward Greenberg, Esq.
    Galland, Kharasch, Greenberg, Esqs.

Approved
C. Blake
USDJ
12-27-00

F:\WP51\DOCS\Jennifer\Capital Transportation & Technology\Consent of Counsel letter to Judge.doc


C/M CHAMBERS  12/27/00

# TOMPKINS & DAVIDSON, LLP
### Counselors At Law

*One Astor Plaza*
*1515 Broadway*
*New York, N.Y. 10036-8901*

*phone - 212 944 6611*
*fax - 212 944 9779*
*e-mail - tdlaw@tdllp.com*

December 19, 2000

**Via Facsimile: 301-217-9749**

Herbert Alan Dubin
Wiesenfeld & Dubin, P.C.
Suite 20 Jackson Place South
932 Hungerford Drive
Rockville, MD 20850

**Via Facsimile: 410-659-1300**

James D. Skeen
Wright, Constable & Skeen, L.L.P.
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, MD 21201-3812

Re: *Duck Head Footwear v. Capital Corporation et al.*
Civil Action No. CCB 00 CV 0211

Dear Messrs. Dubin and Skeen:

Pursuant to your telephone conversations today with William C. Shayne regarding the above-captioned matter, this letter is confirmation that we have all consented to extend the time to respond to the pending motions for summary judgment until Friday, January 12, 2001.

I thank you for your consideration in this matter.

Happy holidays to all.

Very truly yours,

TOMPKINS & DAVIDSON, LLP

Jennifer A. Savino, Paralegal

cc: Edward Greenberg, Esq.
    Galland, Kharasch, Greenberg, Esqs.

F:\WP51\DOCS\Jennifer\Capital Transportation & Technology\Confirmation of Extension to SJ in Duckhead.doc