UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

February 16, 2001

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

William C. Shayne, Esquire
Tompkins & Davidson, LLP
One Astor Plaza
1515 Broadway
New York, NY 10036

William Krebs, Esquire
Galland, Kharasch & Garfinkle
1054 Thirty-First Street, N.W.
Washington, D.C. 20007-4492

James D. Skeen, Esquire
Wright, Constable & Skeen
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, MD 21201-3812

Herbert Alan Dubin, Esquire
Wiesenfeld & Dubin, P.C.
932 Hungerford Drive, Suite 20
Rockville, MD 20850

    Re:    Duck Head Footwear v. M/V ZIM SAO PAULO, Mason and Dixon
            Lines, Inc., and Capital Corporation, Civil No. CCB-00-0211

Dear Counsel:

      I am in receipt of Mr. Shayne's letter of February 13, 2001 requesting a hearing on pending motions to assist in clarifying certain issues of material fact. Accordingly, a motions hearing has been scheduled for **Friday, April 6, 2001** at **2:00 p.m.** in **Courtroom 7D**.

                                        Sincerely yours,

                                        Catherine C. Blake
                                        United States District Judge

cc: Court File