IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DUCK HEAD FOOTWEAR** | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | **Civil Action No. CCB 00 CV 0211** |
| M/V ZIM SAO PAULO, her engines, boilers, appurtenances, etc. <u>in</u> <u>rem</u>, et al. | * | |
| **CAPITAL CORPORATION,** | * | |
| and | * | |
| **MASON AND DIXON LINES, INC.,** | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, William Francis Krebs Esquire, a member of the Bar of this Court, moves the admission of William C. Shayne, Esquire to appear pro hac vice in the captioned proceeding as counsel for Defendant, Capital Corporation.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bar(s) of the State(s) of New York and/or the following United States Court(s): United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, the Court of International Trade, and the Court of Appeals for the Federal Circuit.

2. During the twelve (12) months immediately preceding the filing of this motion, the proposed admitted has not been admitted pro hac vice in this court.

3. The proposed admitted has never been disbarred, suspended or denied admission to practice or has set forth all relevant facts including disposition as follows: N/A.

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence and the Rules of Professional Conduct and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. Co-Counsel for the proposed admittee in this proceeding will be William Francis Krebs Esquire, who has been formally admitted to the bar of this Court.

6. It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _/s/ William F. Krebs_ | _/s/ William C. Shayne_ |
| William Francis Krebs | William C. Shayne   WS 5072 |
| 1054 31st St NW | 1515 Broadway 43rd Floor |
| Address | Address |
| Washington DC 20007 | NY NY 10036-8901 |
| 202 342-6793 / 202 342-5219 | 212 944-6611   212 944-9779 |
| Phone/Fax Number | Phone/Fax Number |

10293
Maryland U.S. District Court Number

**ORDER**

Motion ✓ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of the Court

Motion _____ DENIED

4/06/01
Dated

_/s/_
Judge, U.S. District Court