IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DUCK HEAD FOOTWEAR | * | |
| Plaintiff | * | |
| v. | * | |
| M/V ZIM SAO PAULO, her engines, boilers, appurtenances, etc. in rem, et al. | * * * | Civil Action No.: CCB 00 CV 0211 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of plaintiff's motion for summary judgment on damages against defendant Mason & Dixon Lines, Inc. and _there being no_ opposition thereto, it is this _15th_ day of _June_, 2001

ORDERED, that plaintiff's motion for summary judgment as to damages is granted and judgment is hereby entered in favor of plaintiff, Duck Head Footwear against defendant Mason & Dixon Lines, Inc. in the amount of $92,934.00 plus prejudgment interest of $13,011.00 and costs of $150.00.

_____
U.S. District Court Judge

104815 v. (00584.00034)